UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA A. ISRAEL,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT NEGRETE,<br><br>    Defendant. | No. 2:22-cv-1391 CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On August 5, 2024, plaintiff filed a motion for extension of time to file objections to the July 18, 2024 findings and recommendations based on plaintiff's ongoing medical problems. Good cause appearing, plaintiff's motion for extension of time to file objections is granted.

The record reflects that on July 18, 2024, the same day the findings and recommendations issued, defendant filed a motion to set aside judgment. (ECF No. 23.) Plaintiff did not mention defendant's motion in plaintiff's motion for extension of time, but his opposition to defendant's motion was due on August 8, 2024. Local Rule 230(m). Because plaintiff's motion for extension of time was received prior to that deadline and is based on plaintiff's medical issues, the Court will also grant plaintiff an extension of time to file an opposition to defendant's motion. Plaintiff is cautioned that failure to oppose defendant's motion may result in an order granting the motion. Local Rule 230(c).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 24) is granted; and

2. Plaintiff is granted twenty-one days from the date of this order in which to file objections to the findings and recommendations (ECF No. 22), and to file an opposition to defendant's motion to set aside judgment (ECF No. 23).

Dated: August 12, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/isra1391.36

2