
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA A. ISRAEL, | No. 2:22-cv-01391-TLN-CSK |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT NEGRETE, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. On August 12, 2024, Plaintiff was granted an additional 21 days to file objections. (ECF No. 25.) That time has passed, and Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 22) are ADOPTED IN FULL; and

2.  Plaintiff's third and fourth motions for default judgment (ECF Nos. 20, 21) are DENIED without prejudice.

IT IS SO ORDERED.

Date: September 24, 2024

_____
Troy L. Nunley
United States District Judge