UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA A. ISRAEL, | No. 2:22-cv-1391 CSK P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT NEGRETE, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se. On May 19, 2025, plaintiff filed a document styled, "Motion for Relief." (ECF No. 37.) Plaintiff complains that defendant's counsel refuses to respond to plaintiff's legal correspondence, and seeks confirmation that plaintiff has the right address for counsel for defendant. (Id. at 1.) Plaintiff attached a copy of a letter to counsel for defendant in which plaintiff states that "it is approaching 30 days from the date of service of the first discovery requests," yet counsel had not mailed plaintiff any meet and confer letter or otherwise responded to the discovery requests. (Id. at 2.)

First, plaintiff is informed that the address listed for counsel for defendant is accurate.

Second, plaintiff is reminded that the Court's discovery and scheduling order provides that "[r]esponses to written discovery requests shall be due forty-five days after the request is served." (ECF No. 34 at 4.) Thus, defendant is not required to respond to plaintiff's discovery requests until forty-five days after the written discovery requests were served. Plaintiff shall

1

refrain from filing a motion to compel discovery responses until the forty-five day deadline, plus three days for mailing the responses, has expired.  See Fed. R. Civ. P. 6(d).

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for confirmation of the address for defendant's counsel (ECF No. 37) is granted, and the address listed by plaintiff is accurate.

Dated:  May 22, 2025

/1/isra1391.inf

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

2