UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA ISRAEL, | No. 2:22-cv-1391 TLN CSK P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT NEGRETE, | |
| Defendant. | |

Plaintiff appears pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 10, 2025, plaintiff filed a motion to compel. (ECF No. 42.) However, neither the motion nor the accompanying memorandum of points and authorities bear plaintiff's signatures. As discussed below, plaintiff is provided an opportunity to refile an appropriate motion bearing plaintiff's signatures on both filings.

I.   LEGAL STANDARDS

All parties, including those proceeding without counsel, are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). The Court is unable to consider plaintiff's motion unless the plaintiff files a signed motion. Therefore, the plaintiff is provided an opportunity to re-file the motion for discovery and memorandum of points and authorities bearing plaintiff's signature. Although plaintiff signed the proof of service, that is insufficient. All filings must bear plaintiff's signature.

1

Failure to comply with this order will result in an order striking the unsigned filing (ECF No. 42).

II.     CONCLUSION

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted twenty-one days from the date of this order in which to re-file the July 10, 2025 motion and memorandum of points and authorities (ECF No. 42) bearing plaintiff's signature. Failure to comply with this order will result in an order striking the motion.

Dated: July 15, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/isra1391.r11