UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA A. ISRAEL, | No. 2:22-cv-1391 CSK P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT NEGRETE, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se. On July 10, 2025, plaintiff filed a motion to compel discovery, but failed to sign the motion. (ECF No. 42.) On August 7, 2025, plaintiff re-filed the motion to compel discovery which now bears plaintiff's signature. (ECF No. 47 at 19, 21.) Therefore, the Court strikes plaintiff's unsigned motion to compel (ECF No. 42), and directs defendant to file an opposition or statement of non-opposition within 21 days from the date of this order. Plaintiff's reply, if any, shall be filed fourteen days thereafter.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to strike plaintiff's unsigned motion to compel (ECF No. 42).

2. Defendant Negrete shall file an opposition or statement of non-opposition within twenty-one days from the date of this order. Plaintiff's reply, if any, shall be filed fourteen days thereafter.

1

1 | Dated:  August 12, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5 | /1/isra1391.mtc.str.r11