UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AKIVA ISRAEL,

           Plaintiff,

    v.

ROBERT NEGRETE,

           Defendant.

No.  2:22-cv-1391 TLN CSK P

ORDER APPOINTING
LIMITED PURPOSE COUNSEL
AND ORDER LIFTING STAY OF
PLAINTIFF'S DEPOSITION

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983.  The Court has found the appointment of counsel for plaintiff is warranted for the limited purpose of representing plaintiff at her deposition, which will be conducted via Zoom.  Brian C. McComas has been selected from the district court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed solely for this limited purpose.

On March 9, 2026, the discovery deadline was extended to June 30, 2026.  (ECF No. 59 at 2.)  On March 31, 2026, plaintiff's deposition was stayed pending appointment of limited purpose counsel.  In light of this appointment order, the stay of plaintiff's deposition is lifted.  Counsel for both parties shall meet and confer as soon as practicable to re-schedule plaintiff's deposition to a mutually convenient date.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for limited purpose counsel (ECF No. 56) is granted.

2.  Brian C. McComas is appointed as limited purpose counsel in the above titled matter. This appointment is for the limited purpose of defending plaintiff's deposition, which will be conducted via Zoom.

3.  Brian C. McComas's appointment will terminate upon the completion of plaintiff's deposition.

4.  Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5.  The Clerk of the Court is directed to serve a copy of this order upon Brian C. McComas, Law Office of B.C. McComas, LLP, PMB 1605, 77 Van Ness Ave., Suite 101, San Francisco, CA 94102.

6.  The stay of plaintiff's deposition is lifted.  Counsel for both parties shall meet and confer as soon as practicable to re-schedule plaintiff's deposition to a mutually convenient date.

Dated:  April 15, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/isra1391.appt.depo

2