UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AKIVA A. ISRAEL,

Plaintiff,

v.

ROBERT NEGRETE,

Defendant.

No. 2:22-cv-1391 TLN CSK P

ORDER

Plaintiff is a state prisoner proceeding pro se with a civil rights action. On July 14, 2026, plaintiff informed the Court that the parties had settled this case and executed a written settlement agreement. (ECF No. 69.) Plaintiff served a copy of his filing on counsel for defendant, and the Court notes that defendant received electronic notice through CM/ECF. Fourteen days have passed and defendant has not filed an objection to plaintiff's filing.

Therefore, plaintiff's motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 69) is granted;
2. The Court retains jurisdiction pending consummation of the settlement agreement.
3. The Court now orders that documents disposing of the case be filed no later than sixty days from the date of this order.
4. All hearing dates heretofore set in this matter are hereby vacated.

5. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

Dated: August 11, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/isra1391.58b